

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2013

No. 04-12-00816-CV

Daniel A. **BASS,**
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19911
The Honorable Mollee Bennett Westfall, Judge Presiding

## O R D E R

Appellant's second request for reporter's record is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court